COURT OF APPEALS









COURT
OF APPEALS

EIGHTH
DISTRICT OF TEXAS

EL
PASO, TEXAS

 

JUAN RAMIREZ, JR.,                                          )

                                                                              )            
No.  08-03-00047-CV

Appellant,                          )

                                                                              )                 Appeal from the

v.                                                                           )

                                                                              )              
171st District Court

CHRISTY ANN MARTEL and
CARMEN           )

PRIETO,                                                               )         
of El Paso County, Texas

                                                                              )

Appellees.                          )               
(TC# 2002-1668)

                                                                              )

 

 

MEMORANDUM   OPINION

 

Pending
before the Court is the Appellant=s
motion to dismiss this appeal pursuant to Texas Rules of Appellate Procedure
42.1(a)(1), which states:   (a)        On Motion or By Agreement.  The appellate court may dispose of an appeal
as follows:

 

(1)        On Motion of Appellant.  In accordance with a motion of appellant, the
court may dismiss the appeal or affirm the appealed judgment or order unless
disposition would prevent a party from seeking relief to which it would
otherwise be entitled.

 








Appellant has complied with the
requirements of Rule 42.1(a)(1). 
Appellant represents to the Court that the parties to the underlying
lawsuit have settled all matters raised therein and that there remains no question
for determination by this Court.  We have
considered this cause on the Appellant=s
motion and conclude that the motion should be granted and the appeal should be
dismissed.  We therefore dismiss the
appeal.

 

 

May
1, 2003

DAVID WELLINGTON
CHEW, Justice

 

Before Panel No. 3

Barajas, C.J., Larsen, and Chew, JJ.